# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

**RE: Antwan Diontre Nichols**                                         Case No. 20-33095

## DIRECTIVE FOR VOLUNTARY PAYMENTS BY DEBTOR

The debtors having filed a petition under Chapter 13, title 11 U.S.C. or converted this case from Chapter 7;

IT IS DIRECTED;

That until further Directive from the Trustee, the debtor(s) shall pay to SUZANNE E. WADE, TRUSTEE, P.O. BOX 983, Memphis Tennessee 38101-0983, **$50.00 in August 2020** and then **$329.00 Monthly** beginning **September 2020**.

THIS DIRECTIVE IS ENTERED PURSUANT TO GENERAL ORDER NO. 04-1 OF THE UNITED STATES BANKRUPTCY COURT.

Dated: August 20, 2020

                                           **/S/Suzanne E. Wade**
                                           Suzanne E. Wade, Trustee
                                           Eastern District of Virginia, Richmond Division

The Trustee does hereby certify that a copy of this Directive was mailed to the debtor(s) on the date above written.

                                           **/S/Suzanne E. Wade**
                                           Suzanne E. Wade, Trustee